

Jonathan Schochor*
Philip C. Federico*
Kerry D. Staton*
James D. Cardea*
Scott P. Kurlander*

Jonathan E. Goldberg*
Lauren A. Schochor+
Tara M. Clary△
Brent P. Ceryes△

* MEMBER MD AND DC BARS
△ MEMBER MD BAR
+ MEMBER DC AND PA BARS

## SCHOCHOR, FEDERICO
## AND STATON, P.A.
### ATTORNEYS AT LAW

June 1, 2015

Clerk
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re: *Al-Ameri, et al. v. The Johns Hopkins Hospital*
         Case No.: 1:15CV-01163-GLR

Dear Clerk:

  Please issue the Summons so we may serve the Defendant by private process in the above-captioned matter. The proposed Summons in a Civil Action is attached for your ready reference.

  Thank you for your prompt assistance in this matter.

       Very truly yours,

       Jonathan Schochor

JS/wjm
Enclosure

**Baltimore Office:** The Paulton • 1211 St. Paul Street • Baltimore, MD 21202 • Phone: 410-234-1000 • Fax: 410-234-1010
**Washington, D.C. Office:** 1050 Connecticut Avenue NW • Suite 1000 • Washington, DC 20036 • Phone: 202-408-3300

Toll Free: 888-234-0001 • www.sfspa.com