UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

October 6, 2016

MEMORANDUM TO COUNSEL RE:   <u>Saeed Al-Ameri, et al. v. The Johns Hopkins Hospital</u>
Civil Action No. GLR-15-1163

Dear Counsel:

Upon consideration of the parties' Joint Status Report (ECF No. 47), the Court will extend the discovery deadline by sixty (60) days, to December 6, 2016. Accordingly, the motions deadline is extended to January 9, 2017. The Court notes Defendant's opposition to this extension. Absent exigent circumstances, no further extensions or modifications to the scheduling order will be granted.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge